EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN, Respondent, v. M. N. C. CONTRACTORS, INC., Appellant.—

No opinion.  Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.